United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Live Nation Merchandise, Inc., §
§
Plaintiff, §
§
versus § Civil Action H-19-4106
§
Unlicensed Retail and Bulk §
Distributors of TOOL Merchandise, §
§
Defendants. §

# Injunction and Seizure Order

1. The October 28, 2019, injunction and seizure order subsists until February 1, 2020.

2. The unlicenced retail and bulk distributors of TOOL merchandise must immediately cease manufacturing and distributing the merchandise bearing federally-registered trademarks of the group TOOL, the American rock band. The trademarks have been licensed exclusively to Live Nation Merchandise, Inc.

2. On the concert dates in Exhibit A, a United States Marshal, metropolitan police officer, county sheriff, or person acting under their direct supervision may seize and impound merchandise bearing the federally-registered trademarks of TOOL stored or held for unauthorized sale within a three-mile radius of the venues. Among the unauthorized merchandise are TOOL t-shirts, jackets, posters, hats, key chains, pins, tote bags, or similar things bearing the registered trademarks without the exclusive licensee's permission.

3. A person from whom the merchandise is seized must be served with this injunction and may contact the Live Nation lawyer at (310) 314-1721.

4. The $5,000 bond posted on October 25, 2019, must remain with the clerk until the hearing on disposal occurs.

6. After the tour, a hearing will be held before Judge Lynn N. Hughes to decide the disposal of the seized merchandise on:

February 19, 2020,
at 10:30 a.m. in
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on December 5, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Live Nation Merchandise, Inc., | § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-4106 |
| Unlicensed Retail and Bulk Distributors of TOOL Merchandise, | § § § | |
| Defendants. | § § | |

# Exhibit A

| 10/27/2019 | Toyota Center | Houston, TX |
|---|---|---|
| 10/29/2019 | BOK Center | Tulsa, OK |
| 10/31/2019 | Fiserv Forum | Milwaukee, WI |
| 11/02/2019 | Bankers Life Fieldhouse | Indianapolis, IN |
| 11/03/2019 | United Center | Chicago, IL |
| 11/05/2019 | U.S. Bank Arena | Cincinnati, OH |
| 11/06/2019 | Rocket Mortgage Fieldhouse | Cleveland, OH |
| 11/08/2019 | PPG Paints Arena | Pittsburgh, PA |
| 11/09/2019 | Little Caesars Arena | Detroit, MI |
| 11/14/2019 | TD Garden | Boston, MA |
| 11/16/2019 | Prudential Center | Newark, NJ |
| 11/18/2019 | Wells Fargo Center | Philadelphia, PA |

| 11/19/2019 | Barkley Center | Brooklyn, NJ |
| --- | --- | --- |
| 11/21/2019 | Mohegan Sun Arena | Uncasville, CT |
| 11/22/2019 | Boardwalk Hall | Atlantic City, NJ |
| 11/24/2019 | PNC Arena | Raleigh, NC |
| 11/25/2019 | Capital One Arena | Washington, DC |
| 1/10/2020 | Viejas Arena | San Diego, CA |
| 1/12/2020 | Viejas Arena | San Diego, CA |
| 1/15/2020 | Save Mart Center | Fresno, CA |
| 1/17/2020 | T Mobile Arena | Las Vegas, NV |
| 1/18/2020 | Gila River Arena | Glendale, AZ |
| 1/21/2020 | Frank Erwin Center | Austin, TX |
| 1/22/2020 | American Airlines Arena | Dallas, TX |
| 1/28/2020 | State Farm Arena | Atlanta, GA |
| 1/29/2020 | Bridgestone Arena | Nashville, TN |
| 1/31/2020 | FedEx Forum | Memphis, TN |
| 2/1/2020 | Smoothie King Arena | New Orleans, LA |